# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ELIZABETH WAGNER, Personal Representative of the Estate of MARK A. WAGNER, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV3008 |
| vs. | ) ) | ORDER |
| MR. BULTS, INC., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge on January 24, 2011, by counsel for the defendant,

**IT IS ORDERED that:**

1. **On or before March 8, 2011**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the Honorable Thomas D. Thalken, at *thalken@ned.uscourts.gov,* a draft order which will fully dispose of the case. If the case is being dismissed, the stipulation shall comply with Fed. R. Civ. P. 41(a) and shall state whether the dismissal is with or without prejudice.

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

3. The pending motions in limine are denied, as moot, and trial previously scheduled is cancelled upon the representation that this case is settled.

DATED this 25th day of January, 2011.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge