

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ELIZABETH WAGNER, Personal Representative of the Estate of MARK A. WAGNER,<br><br>        Plaintiff,<br><br>vs.<br><br>MR. BULT'S, INC., an Illinois corporation,<br><br>        Defendant. | CASE NO. 8:10-cv-03008<br><br>ORDER OF DISMISSAL |

This matter coming before the Court on the Stipulation of the Plaintiff and the Defendant for dismissal of the above captioned matter, with prejudice, and the Court being fully advised in the premises, finds that said Stipulation is true and proper in all respects and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, by the Court, that the above captioned matter should be, and hereby is, dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated this 5th of May, 2011.

BY THE COURT:

_____
Magistrate Judge Thomas D. Thalken